UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL SCHNEIDER AND
M&K FIBERGLASS, LLC,
    Plaintiffs,

No. 1:10-cv-211

-v-

HONORABLE PAUL L. MALONEY

NORTHERN GARAGE DOORS INC. AND
MICHAEL RAMSEY,
    Defendants.

## ORDER VACATING ENTRY OF DEFAULT

On April 9, 2010, this court issued a show cause order (Dkt. No. 9) requiring Plaintiffs to explain why the entry of default against Defendant Michael Ramsey should not be vacated. Plaintiffs filed a response (Dkt. No. 10), in which they express no objection to vacating the entry of default. Because the amended complaint rendered the original complaint a nullity, because the amended complaint was filed before default was entered, and because there is no proof of service of the amended complaint on Defendant Ramsey, the entry of default (Dkt. No. 6) is **VACATED.**

**IT IS SO ORDERED.**

Date: April 15, 2010                        /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          Chief United States District Judge